UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIN GILLEN STARR,<br><br>             Plaintiff,<br><br>     v.<br><br>SOPHIA ORTEGA GONZALEZ, et al.,<br><br>             Defendants. | No. 2:19-cv-02576-TLN-KJN<br><br>**ORDER** |

Plaintiff Robbin Gillen Starr ("Plaintiff"), an individual proceeding *pro se*, filed the instant action on December 20, 2019.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302(c).

On May 26, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo.  See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed May 26, 2020, are ADOPTED IN FULL;

2. Plaintiff's Complaint is DISMISSED without leave to amend; and

3. The Clerk of Court is directed to close this case.

DATED: July 14, 2020

Troy L. Nunley
United States District Judge